FILED ____ LODGED
____ RECEIVED ____ COPY

DEC 1 8 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>1. Verton Jackson, Jr., and<br>   (Counts 1-3)<br><br>2. Buzz Joseph Banketewa,<br>   (Counts 1-2)<br><br>            Defendants. | CR-18-1648-PHX-DWL (ESW)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. §§ 1951(a) and 2<br>        (Hobbs Act Robbery)<br>        Count 1<br><br>        18 U.S.C. §§ 924(c) and 2<br>        (Use of Firearm in Crime of<br>        Violence)<br>        Count 2<br><br>        18 U.S.C. §§ 922(g)(1) and<br>        924(a)(2)<br>        (Possession of Firearm by Convicted<br>        Felon)<br>        Count 3<br><br>        18 U.S.C. §§ 924(d) and 981,<br>        21 U.S.C. §§ 853, and<br>        28 U.S.C. § 2461(c)<br>        (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

### **COUNT ONE**

On or about November 19, 2018, in the District of Arizona, defendants VERTON

JACKSON, JR. and BUZZ JOSEPH BANKETEWA did unlawfully obstruct, delay, and

affect, and attempt to obstruct, delay, and affect, commerce (defined in 18 U.S.C. §

1951(b)) and the movement of articles and commodities in such commerce, by robbery

as that term is defined in 18 U.S.C. § 1951(b), in that the defendants did unlawfully take

and obtain personal property from the presence of the possessor of the property of Bashas, located at 10325 E Riggs Road, Sun Lakes Arizona 85248, against the possessor's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the person and the property in the custody of the possessor.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO

On or about November 19, 2018, in the District of Arizona, defendants VERTON JACKSON, JR. and BUZZ JOSEPH BANKETEWA did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of a crime of violence, that is, Hobbs Act Robbery as alleged in Count 1, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c) and 2.

## COUNT THREE

On or about November 19, 2018, in the District of Arizona, the defendant, VERTON JACKSON, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts One through Three of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and

interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:  December 18, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona


/S/
WILLIAM G. VOIT
Assistant U.S. Attorney

- 3 -